NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396, -1456, -1554   .

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

## ORDER

ePlus, Inc. moves for an extension of time, until December 14, 2011, to file its principal and response brief, for an extension of time, until January 25, 2012, for Lawson Software, Inc. to file its response and reply brief, and for an extension of time, until February 13, 2012, for ePlus, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Scott L. Robertson, Esq.
    Donald R. Dunner, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 0 8 2011

**JAN HORBALY**
**CLERK**